Kim S. LITTLEJOHN, Petitioner

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2015–3059.

United States Court of Appeals,
Federal Circuit.

Jan. 7, 2016.

Daniel F. Read, Durham, NC, argued for petitioner.

Shari A. Rose, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Scott D. Austin.

MOORE, BRYSON, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Johnathan Daniel KING, David Allen, Donald Edward Arnold, Christopher Paul Barker, Tracy T. Beams, Alejandro Castaneda, Carl Cravens, William J. Dunlap, Allen H. Foraker, Anthony Graham, Mark A. Garrison, Ronald J. Guidry, Jeremy D. Hearn, Carlos M. Hernandez, Jessica L. Hernandez, Robert C. Hudgins, Kenneth Johnson, Jerry S. Jones, Ray T. Jones, Scott Lynch, Thomas C. Madrid, Eric A. Magana, Steven Adkison, Arthur S. Aguero, Jose M. Aleman, Andrew Andrade, Andrew Arguello, Luis C. Ayala, Ricardo Barreda, Daryl Bartlett, Kelly Jo Benjamin, Harold J. Bennett, Robert Breyer, Andrew Butts, Jodi R. Butts, Jess Cabe, Erik J. Cansino, Joseph Caporale, Sean Carrigan, Jack Carson, Rigoberto Cepeda, Edwin Cestero, Anthony E. Chambers, David Cloer, Michael P. Cluff, Shayne Collins, David Colon–Escobar, James R. Comings, Brian T. Cornell, David R. Daiss, Ian P. Daugherty, James R. Davis, Timothy B. Davis, Ruben De La Torre, Darryll Dennis, Jorge L. Dominquez, Sal Dorado, Brian S. Dvorak, Jonas K. Edwards, Scott Edwards, Saul Enriquez, Roberto Espinoza, Jr., Cesar E. Falcon, Bryan K. Fenley, Terrance S. Ferguson, George H. Ferland, Cody L. Fox, Todd J. Fraser, Greg Furnia, Joe A. Gallegos, Elde Garcia, Joel Garcia, Manuel Garcia, Jr., Hugo Garza, Jon Gelber, Jose Luis Gonzalez, Jose A. Gonzalez, Jr., Christopher Gorneau, Eliezer Guajardo, Jr., Gary R. Gualducci, Guadalupe I. Gutierrez, Eric T. Haley, Riley W. Hanback, Gerald Hancock, John E. Harvey, Fausto Hernandez, James R.

Herrick, Phillip D. Hise, Steven W. Imrie, Travis W. Inman, Juan Isarraraz, Jr., Dennis Jenkins, Jr., Damon W. Jones, Francisco Juarez, Donald Kenefick, John Kessler, Cully E. Knowlton, William M. Kocan, Kurt W. Kraus, Pyotr Kukharsky, Alfredo Lara, David Ledezma, III, Zenaida Levrie, Stephen C. Lewis, Brandon Longaker, Alex J. Lopez, Cristobal B. Lopez, Felix A. Lopez, Jose C. Lopez, Martin N. Lopez, Haydee Lozano, Claudia Lukason, Trevor MacKenzie, Troy Manske, Samuel Martinez, Lisa Martinez Crouse, Ernesto Martinez, Jr., Kenneth J. Maurer, Chad McBroom, Brian G. McClellan, Guillermo Medrano, III, Hektor G. Mesta, Mark Middleton, Adam Miller, Rodolfo Montelongo, Corey S. Moore, Veronica Morales, Jose A. Morales, Jr., Paul Jerome Murphy, Joe F. Navaro, Leroy L. Notterman, Robert J. Noziska, Eric Pahler, Jude W. Patterson, Samuel D. Peak, John J. Pineiro, Mike B. Pio, Mark W. Potter, Mark Qualter, Amanda Ramirez, Eduardo Rangel, Patricia Reyes, Ruben Ricci, Stacy Guy Rider, Mark Anthony Rios, Jim Rivera, Robin J. Roberts, Benjamin Rodriguez, Alonzo Rodriguez, Mario A. Rodriguez, Ciro Roman, Carlos Romo, Mauro A. Rueda, Joshua E. Sanchez, Raymundo Sanchez, Donald K. Scee, Jeremy Schappell, James Vincent Scordato, Robert J. Senior, Joseph Shailor, Laren M. Shaw, Franciso J. Silva, Paul Silva, Roma J. Solidum, Richard Soria, Andrew K. Sproul, John L. Sturgeon, Jr., Michael Szubinski, Christopher Talbert, Michael Wayne Taylor, Andres Tellez–Giron, Kevin W. Thatcher, Pamela M. Thomas, Jason R. Thompson, David J. Trevino, Manuel Trevino, Millard H. Tucker, Jr., Jamie M. Turley, Darrell S. Turner, Rodolfo Valdez, Jr., Brad Valencia, Marco A. Vargas, Roy Vargas, Jr., Alexander Vazquez, Gary Velasquez, Fernando Venegas, Jason Violette, Edward P. Wagner, Jr., William Whitehead, Cody S. Winn, William Wolf, Kevin S. Worrell, Robert S. Wotring, III, Plaintiffs–Appellants

v.

UNITED STATES, Defendant–Appellee.

No. 2015–5066.

United States Court of Appeals, Federal Circuit.

Jan. 7, 2016.

Raymond Charles Fay, Fay Law Group PLLC, Washington, DC, argued for plaintiffs-appellants.

Daniel B. Volk, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Steven J. Gillingham; Lindsay K. Solensky, Bureau of Customs and Border Protection, United States Department of Homeland Security, Washington, DC.

MOORE, BRYSON, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Ricky D. HANGARTNER,
Plaintiff–Appellant

v.

INTEL CORPORATION,
Defendant–Appellee.

No. 2015–1293.

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2016.

Philip P. Mann, Mann Law Group, Seattle, WA, argued for plaintiff-appellant. Also represented by Timothy John Billick, I; John Whitaker, Whitaker Law Group, Seattle, WA.

David John Burman, Perkins Coie, LLP, Seattle, WA, argued for defendant-appellee. Also represented by Jonathan Lee McFarland, Christina Jordan McCullough; David R. Pekarek Krohn, Madison, WI.

MOORE, O'MALLEY, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Bmichelle BUSH, Plaintiff–Appellant

v.

UNITED STATES, Defendant–Appellee.

No. 2015–5104.

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2016.

Bmichelle Bush, Washington, DC, pro se.

William Porter Rayel, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Donald E. Kinner.

Before NEWMAN, CHEN, and STOLL, Circuit Judges.

PER CURIAM.

Ms. Bush appeals from an order of the United States Court of Federal Claims